# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: §
§
TIRES N TRACKS, INC. § Case No. 13-05090
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/11/2013 . The undersigned trustee was appointed on 02/11/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $      9,277.88

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 13.21 |
| Bank service fees | 416.98 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 8,847.69 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/13/2013 and the deadline for filing governmental claims was 08/12/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,677.79 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,677.79 , for a total compensation of $ 1,677.79 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/09/2016              By:/s/GINA B. KROL
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-05090 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | TIRES N TRACKS, INC. | Date Filed (f) or Converted (c): | 02/11/13 (f) |
| | | 341(a) Meeting Date: | 03/12/13 |
| For Period Ending: | 02/09/16 | Claims Bar Date: | 06/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AMERICAN CHARTERED BANK CHECKING | 0.00 | 1,466.07 | | 1,466.07 | FA |
| 2. JP MORGAN CHASE BANK CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 3. FIFTH THIRD BANK CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 4. SECURITY DEPOSITS - CLERK OF DIST COURT | 5,300.00 | 7,811.81 | | 7,811.81 | FA |
| 5. APOLLO TRENCHLESS - A/R | 1,440.19 | 0.00 | | 0.00 | FA |
| 6. COUNTER CLAIM AGAINST SITE UTILITY CONSTRUCTION | 40,000.00 | 0.00 | | 0.00 | FA |
| 7. 1996 GMC JIMMY | 1,700.00 | 0.00 | | 0.00 | FA |
| 8. 1991 HARVESTOR BOX TRUCK | 4,000.00 | 0.00 | | 0.00 | FA |
| 9. 2000 CHEVY 2600 DIESEL DUMP TRUCK | 3,700.00 | 0.00 | | 0.00 | FA |
| 10. 2001 FORD F450 DIESEL TRUCK | 7,000.00 | 0.00 | | 0.00 | FA |
| 11. 2000 TOW MASTER | 1,200.00 | 0.00 | | 0.00 | FA |
| 12. MACHINERY AND SUPPLIES | 28,300.00 | 0.00 | | 0.00 | FA |
| 13. INVENTORY | 6,650.00 | 0.00 | | 0.00 | FA |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $99,290.19 | $9,277.88 | | $9,277.88 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Submitted TFR to US Tee for review January 27, 2016, 03:19 pm

Trustee to prepare TFR
October 07, 2015, 04:20 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: 13-05090    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: TIRES N TRACKS, INC. | Date Filed (f) or Converted (c): | 02/11/13 (f) |
| | 341(a) Meeting Date: | 03/12/13 |
| | Claims Bar Date: | 06/13/13 |

Trustee to review claims and prepare TFR

October 22, 2014, 01:53 pm

Trustee has retained auctioneer to sell personal property. Trustee is also investigating preferences

October 17, 2013, 02:41 pm

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 02/28/16

     /s/     GINA B. KROL
_____     Date: 02/09/16
          GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-05090 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | TIRES N TRACKS, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0691 Checking Account |
| Taxpayer ID No: | *******6092 | | | |
| For Period Ending: | 02/09/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/29/13 | 1 | Debtor | Balance in bank account | 1129-000 | 1,466.07 | | 1,466.07 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,456.07 |
| 06/27/13 | 4 | Clerk of District Court | | 1129-000 | 7,811.81 | | 9,267.88 |
| | | 219 S. Dearborn St. | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,257.88 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.76 | 9,244.12 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.74 | 9,230.38 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.28 | 9,217.10 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.70 | 9,203.40 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.24 | 9,190.16 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.66 | 9,176.50 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.64 | 9,162.86 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.30 | 9,150.56 |
| 04/01/14 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 8.07 | 9,142.49 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.60 | 9,128.89 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.14 | 9,115.75 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.55 | 9,102.20 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.10 | 9,089.10 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.51 | 9,075.59 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.49 | 9,062.10 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.04 | 9,049.06 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.45 | 9,035.61 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.00 | 9,022.61 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.41 | 9,009.20 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.39 | 8,995.81 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency | | 2300-000 | | 5.14 | 8,990.67 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 19.05c

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-05090 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | TIRES N TRACKS, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0691 Checking Account |
| Taxpayer ID No: | *******6092 | | | |
| For Period Ending: | 02/09/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.08 | 8,978.59 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.35 | 8,965.24 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.90 | 8,952.34 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.31 | 8,939.03 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.86 | 8,926.17 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.27 | 8,912.90 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.25 | 8,899.65 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.81 | 8,886.84 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.21 | 8,873.63 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.77 | 8,860.86 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.17 | 8,847.69 |

| Account *******0691 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 2 | Deposits | 9,277.88 | 2 | Checks | 13.21 |
| 0 | Interest Postings | 0.00 | 32 | Adjustments Out | 416.98 |
| | Subtotal | $ 9,277.88 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 430.19 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 9,277.88 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 19.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 13-05090 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | TIRES N TRACKS, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0691 Checking Account |
| Taxpayer ID No: | *******6092 | | |
| For Period Ending: | 02/09/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: ___/s/ GINA B. KROL_____ Date: 02/09/16
GINA B. KROL

Case 13-05090   Doc 34   Filed 02/11/16   Entered 02/11/16 14:38:46   Desc Main
            Document      Page 8 of 14

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 09, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 13-05090 | Priority Sequence | | | | |
| Debtor Name: | TIRES N TRACKS, INC. | | Joint Debtor: | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,913.50 | $3,913.50 |
| 001<br>3120-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $11.36 | $11.36 |
| ADMIN 1<br>001<br>2100-00 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602<br>Tax Id: | Administrative | | $0.00 | $1,677.79 | $1,677.79 |
| 000001A<br>040<br>5800-00 | Dept of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $3,622.12 | $3,622.12 |
| 000002<br>040<br>5800-00 | Illinois Department of Revenue<br><B>(ADMINISTRATIVE)</B><br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Priority | | $0.00 | $32,530.06 | $32,530.06 |
| 000009<br>040<br>5800-00 | Illinois Dept. of Employment Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, IL 60603 | Priority | | $0.00 | $643.89 | $643.89 |
| 000007<br>050<br>4210-00 | Laborers' Pension and Welfare Funds<br>Patrick T Wallace,<br>Office of Fund Counsel<br>111 W Jackson Blvd, Ste 1415<br>Chicago, IL 60604 | Secured | | $0.00 | $80,512.58 | $80,512.58 |
| 000006<br>060<br>4220-00 | Laser Construction, Inc<br>Rathje & Woodward, LLC<br>Attn: Derek M Johnson<br>300 East Roosevelt Rd, Ste 300<br>Wheaton, IL 60187 | Secured | | $89,831.00 | $68,463.00 | $68,463.00 |
| 000001A<br>070<br>7100-00 | Dept of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $992.66 | $992.66 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 09, 2016 |

Case Number: 13-05090  
Debtor Name: TIRES N TRACKS, INC.  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002<br>070<br>7100-00 | Illinois Department of Revenue<br><B>(ADMINISTRATIVE)</B><br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Unsecured | | $0.00 | $9,303.00 | $9,303.00 |
| 000003<br>070<br>7100-00 | Vermeer-Illinois, Inc.<br>Michael W Huseman<br>1999 West Downer Place<br>Aurora, IL 60506 | Unsecured | | $0.00 | $19,097.79 | $19,097.79 |
| 000004<br>070<br>7100-00 | Site Utility Construction, Inc.<br>Thomas D Chase Law Office<br>574 N McLean Blvd 2B<br>Elgin, IL 60123 | Unsecured | | $45,130.63 | $67,007.53 | $67,007.53 |
| 000005<br>070<br>7100-00 | Scopelitis,Garvin, Light, Hanson<br>& Feary, PC/John M Thompson<br>10 W. Market St.<br>Ste. #1500<br>Indianapolis, IN 46204 | Unsecured | | $0.00 | $5,067.07 | $5,067.07 |
| 000008<br>070<br>7100-00 | Mirabella, Kincaid, Frederick &<br>Mirabella, LLC<br>1737 S. Naperville Road, Suite 100<br>Wheaton, IL 60189 | Unsecured | | $0.00 | $15,589.37 | $15,589.37 |
| 000010A<br>999<br>2810-00 | Illinois Department of Revenue<br><B>(ADMINISTRATIVE)</B><br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Administrative | | $0.00 | $342.63 | $342.63 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $0.00 | $13.21 | $13.21 |
| | Case Totals: | | | $134,961.63 | $308,787.56 | $308,787.56 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-05090
Case Name: TIRES N TRACKS, INC.
Trustee Name: GINA B. KROL

Balance on hand $ 8,847.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | Laser Construction, Inc<br>Rathje & Woodward, LLC<br>Attn: Derek M Johnson<br>300 East Roosevelt Rd, Ste 300<br>Wheaton, IL 60187 | $ 68,463.00 | $ 68,463.00 | $ 0.00 | $ 0.00 |
| 000007 | Laborers' Pension and Welfare Funds<br>Patrick T Wallace, Office of Fund Counsel<br>111 W Jackson Blvd, Ste 1415<br>Chicago, IL 60604 | $ 80,512.58 | $ 80,512.58 | $ 0.00 | $ 2,902.41 |

Total to be paid to secured creditors $ 2,902.41

Remaining Balance $ 5,945.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,677.79 | $ 0.00 | $ 1,677.79 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,913.50 | $ 0.00 | $ 3,913.50 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: Cohen & Krol | $ 11.36 | $ 0.00 | $ 11.36 |
| Other: International Sureties Ltd. | $ 13.21 | $ 13.21 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 342.63 | $ 0.00 | $ 342.63 |

Total to be paid for chapter 7 administrative expenses    $_____5,945.28

Remaining Balance    $_____0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 36,796.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Dept of the Treasury IRS PO Box 7346 Philadelphia, PA 19101-7346 | $ 3,622.12 | $ 0.00 | $ 0.00 |
| 000002 | Illinois Department of Revenue <B>(ADMINISTRATIVE)</B> Bankruptcy Section PO Box 64338 Chicago IL 60664-0338 | $ 32,530.06 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Illinois Dept. of Employment Security<br>33 S State St 10th Flr<br>Bankruptcy Unit<br>Chicago, IL 60603 | $ 643.89 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,057.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Vermeer-Illinois, Inc.<br>Michael W Huseman<br>1999 West Downer Place<br>Aurora, IL 60506 | $ 19,097.79 | $ 0.00 | $ 0.00 |
| 000004 | Site Utility Construction, Inc.<br>Thomas D Chase Law Office<br>574 N McLean Blvd 2B<br>Elgin, IL 60123 | $ 67,007.53 | $ 0.00 | $ 0.00 |
| 000005 | Scopelitis,Garvin, Light, Hanson<br>& Feary, PC/John M Thompson<br>10 W. Market St.<br>Ste. #1500<br>Indianapolis, IN 46204 | $ 5,067.07 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Mirabella, Kincaid, Frederick & Mirabella, LLC<br>1737 S. Naperville Road, Suite 100<br>Wheaton, IL 60189 | $ 15,589.37 | $ 0.00 | $ 0.00 |
| 000001A | Dept of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $ 992.66 | $ 0.00 | $ 0.00 |
| 000002 | Illinois Department of Revenue<br>\<B\>(ADMINISTRATIVE)\</B\><br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | $ 9,303.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE