# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TIRES N TRACKS, INC. | § | Case No. 13-05090 DRC |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/18/2016 in Courtroom 240,

Kane County Courthouse
100 South Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/12/2016          By: /s/ JEFFREY P. ALLSTEADT
                                 Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TIRES N TRACKS, INC. | § | Case No. 13-05090 DRC |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,277.88 |
| and approved disbursements of | $ | 430.19 |
| leaving a balance on hand of[1] | $ | 8,847.69 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $       1,677.79 | $       0.00 | $       1,677.79 |
| Attorney for Trustee Fees: Cohen & Krol | $       3,913.50 | $       0.00 | $       3,913.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $       11.36 | $       0.00 | $       11.36 |
| Other: International Sureties Ltd. | $       13.21 | $       13.21 | $       0.00 |
| Other: Illinois Department of Revenue | $       342.63 | $       0.00 | $       342.63 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,945.28 |
| Remaining Balance | $ | 2,902.41 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 117,308.65  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Dept of the Treasury IRS PO Box 7346 Philadelphia, PA 19101-7346 | $          3,622.12 | $          0.00 | $          0.00 |
| 000002 | Illinois Department of Revenue <B>(ADMINISTRATIVE)</B> Bankruptcy Section PO Box 64338 Chicago IL 60664-0338 | $        32,530.06 | $          0.00 | $          0.00 |
| 000007 | Laborers' Pension and Welfare Funds Patrick T Wallace, Office of Fund Counsel 111 W Jackson Blvd, Ste 1415 Chicago, IL 60604 | $        80,512.58 | $          0.00 | $      2,902.41 |
| 000009 | Illinois Dept. of Employment Security 33 S State St 10th Flr Bankruptcy Unit Chicago, IL 60603 | $           643.89 | $          0.00 | $          0.00 |

Total to be paid to priority creditors          $          2,902.41

Remaining Balance          $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 185,520.42 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Vermeer-Illinois, Inc. Michael W Huseman 1999 West Downer Place Aurora, IL 60506 | $ 19,097.79 | $ 0.00 | $ 0.00 |
| 000004 | Site Utility Construction, Inc. Thomas D Chase Law Office 574 N McLean Blvd 2B Elgin, IL 60123 | $ 67,007.53 | $ 0.00 | $ 0.00 |
| 000005 | Scopelitis,Garvin, Light, Hanson & Feary, PC/John M Thompson 10 W. Market St. Ste. #1500 Indianapolis, IN 46204 | $ 5,067.07 | $ 0.00 | $ 0.00 |
| 000006 | Laser Construction, Inc Rathje & Woodward, LLC Attn: Derek M Johnson 300 East Roosevelt Rd, Ste 300 Wheaton, IL 60187 | $ 68,463.00 | $ 0.00 | $ 0.00 |
| 000008 | Mirabella, Kincaid, Frederick & Mirabella, LLC 1737 S. Naperville Road, Suite 100 Wheaton, IL 60189 | $ 15,589.37 | $ 0.00 | $ 0.00 |
| 000001A | Dept of the Treasury IRS PO Box 7346 Philadelphia, PA 19101-7346 | $ 992.66 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Illinois Department of Revenue <B>(ADMINISTRATIVE)</B> Bankruptcy Section PO Box 64338 Chicago IL 60664-0338 | $          9,303.00 | $               0.00 | $               0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL

Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-05090-DRC
Tires N Tracks, Inc.                                            Chapter 7
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: nbatson          Page 1 of 2          Date Rcvd: Feb 16, 2016
                             Form ID: pdf006         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2016.
db          #+Tires N Tracks, Inc.,    1016 N. Ridge Av.,    Lombard, IL 60148-1211
20027183     +Apollo Trenchless, Inc.,    Southwest Regional Office,    510 E. University Dr. Ste. #3528,
              Tempe, AZ 85281-5288
20027184     +Blackline Consulting,    1560 Wall St.,    Naperville, IL 60563-1123
20027185      Capital One Spark Visa,    Attn General Correspondence,    P.O. Box 30285,
              Salt Lake City, UT 84130-0285
20027192     +Commercial Tire Service Inc.,    1105 N. 30th Av.,    Melrose Park, IL 60160-3062
20027193      Dowd, Bloch & Bennett,    8 S. Michigan Av.,    19th Floor,    Chicago, IL 60603-3315
20027194     +Dryer, Foote, Streit, et al,    1999 W. Downer Pl.,    Aurora, IL 60506-4776
20027195     +First Insurance Funding,    450 Skokie Blvd Ste. #1000,    P.O. Box 3306,
              Northbrook, IL 60065-3306
20027200     +Laborers' Pension and Welfare Funds,    Patrick T Wallace,,    Office of Fund Counsel,
              111 W Jackson Blvd, Ste 1415,    Chicago, IL 60604-3868
20027202     +Laser Construction, Inc,    Rathje & Woodward, LLC,    Attn: Derek M Johnson,
              300 East Roosevelt Rd, Ste 300,    Wheaton, IL 60187-1908
20027203     +Midwest Operating Engineers #150,    6200 Joliet Rd.,    Countryside, IL 60525-3957
20688564     +Mirabella, Kincaid, Frederick & Mirabella, LLC,    1737 S. Naperville Road, Suite 100,
              Wheaton, IL 60189-5894
20027204     +Much, Shelist, Freed & Denenberg,    191 N. Wacker Dr.,    Ste. #1800,    Chicago, IL 60606-1631
20027205     +Nancy A. Weibler,    220 Honey Lake Ct...,    North Barrington, IL 60010-2496
20027206     +Rathje and Woodward LLC.,    attn: Derek Johnson/ Reese Peck,    300 E. Roosevelt Rd. Ste. #300,
              Wheaton, IL 60187-1908
20027207     +Schirott and Luetkehans P.C.,    105 E. Irving Park Rd.,    Itasca, IL 60143-2117
20027208     +Scopelitis,Garvin, Light, Hanson,    & Feary, PC/John M Thompson,    10 W. Market St.,
              Ste. #1500,    Indianapolis, IN 46204-2968
20027209     +Shearwell L.P.,    Sharewell I.D. #1017,    P.O. Box 659506,    San Antonio, TX 78265-9506
20027210     +Site Utility Construction, Inc.,    Thomas D Chase Law Office,    574 N McLean Blvd 2B,
              Elgin, IL 60123-3288
20027211     #+Thomas D.Chase,    Attorney at Law,    574 N. McLean Blvd.,    Elgin, IL 60123-3288
20272282     +Vermeer-Illinois, Inc.,    Michael W Huseman,    1999 West Downer Place,    Aurora, IL 60506-4776
20027212     +Vermer - Illinois, Inc,    2801 Beverly Dr.,    Aurora, IL 60502-9763

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20027198      E-mail/Text: cio.bncmail@irs.gov Feb 17 2016 02:48:27     Dept of the Treasury,    IRS,
              PO Box 7346,    Philadelphia, PA 19101-7346
20027196      E-mail/Text: rev.bankruptcy@illinois.gov Feb 17 2016 02:49:25
              Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph Street,
              Chicago, IL 60602
20267467      E-mail/Text: rev.bankruptcy@illinois.gov Feb 17 2016 02:49:25
              Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
20835957     +E-mail/Text: des.claimantbankruptcy@illinois.gov Feb 17 2016 02:51:20
              Illinois Dept. of Employment Security,    33 S State St 10th Flr Bankruptcy Unit,
              Chicago, IL 60603-2808
20027201     +E-mail/Text: akrestel@cvldc.org Feb 17 2016 02:49:45     Laborers Work Dues fund,
              999 McClintock Dr.,    Suite #300,    Burr Ridge, IL 60527-0824
                                                                                         TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20027186      Charles Cohen,    Debtor's address
20027187      Charles Cohen,    Debtor's address
20027188      Charles Cohen,    Debtor's address
20027190      Charles Cohen,    Debtor's address
20027191      Charles Cohen,    Debtor's address
20027189      Charles Cohen,    Debtors address
20027197*    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
              CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
              100 W. Randolph Street,    Chicago, IL 60602)
20027199*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court:  Internal Revenue Service,    Mail Stop 5010 CHI,
              230 S. Dearborn Street,    Chicago, IL 60604)
                                                                            TOTALS: 6, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: nbatson          Page 2 of 2          Date Rcvd: Feb 16, 2016
                             Form ID: pdf006          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2016 at the address(es) listed below:
          Derek  Johnson   on behalf of Creditor   Laser Construction, Inc. djohnson@bellockcoogan.com,
          kthompson@bellockcoogan.com
          E. Philip  Groben   on behalf of Trustee Gina B Krol pgroben@dandgpc.com
          Gina B Krol    gkrol@cohenandkrol.com,
          gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
          com
          Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
          gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
          com
          Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
          gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.com
          Joseph E Cohen   on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
          jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          ;gsullivan@cohenandkrol.com
          Kent A Gaertner    on behalf of Debtor 1   Tires N Tracks, Inc. kgaertner@springerbrown.com,
          kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
          Michael W Huseman    on behalf of Creditor   Vermeer-Illinois, Inc. mhuseman@dreyerfoote.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Patrick T. Wallace    on behalf of Creditor   Laborers' Pension Fund wallace.patrick@gmail.com,
          fundcounsel@gmail.com
          Patrick T. Wallace    on behalf of Creditor   Laborers' Welfare Fund of the Health and Welfare
          Department of the Construction and General Laborers' District Council of Chicago and Vicinity
          wallace.patrick@gmail.com,  fundcounsel@gmail.com
                                                                              TOTAL: 11
```