UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
TIRES N TRACKS, INC.                  §         Case No. 13-05090 DRC
                                      §
           Debtor                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 93,990.19                    Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,902.41     Claims Discharged
                                               Without Payment: 417,647.49

Total Expenses of Administration: 6,375.47

---

3) Total gross receipts of $ 9,277.88  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 9,277.88  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 106,702.66 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,375.47 | 6,375.47 | 6,375.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 32,197.00 | 117,308.65 | 117,308.65 | 2,902.41 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 217,705.43 | 194,829.42 | 194,829.42 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 356,605.09 | $ 318,513.54 | $ 318,513.54 | $ 9,277.88 |

4) This case was originally filed under chapter 7 on 02/11/2013. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/27/2016         By: /s/GINA B. KROL
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AMERICAN CHARTERED BANK CHECKING | 1129-000 | 1,466.07 |
| SECURITY DEPOSITS - CLERK OF DIST COURT | 1129-000 | 7,811.81 |
| **TOTAL GROSS RECEIPTS** | | **$ 9,277.88** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Laser Construction 16 W. 066 Jeans Rd. Lemont, IL 60439 | | 89,831.00 | NA | NA | 0.00 |
| | Vermer - Illinois, Inc 2801 Beverly Dr. Aurora, IL 60502 | | 16,871.66 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 106,702.66** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,677.79 | 1,677.79 | 1,677.79 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 13.21 | 13.21 | 13.21 |
| ASSOCIATED BANK | 2600-000 | NA | 416.98 | 416.98 | 416.98 |
| ILLINOIS DEPARTMENT OF REVENUE | 2810-000 | NA | 342.63 | 342.63 | 342.63 |
| COHEN & KROL | 3110-000 | NA | 2,609.00 | 2,609.00 | 2,609.00 |
| GINA B. KROL | 3110-000 | NA | 1,304.50 | 1,304.50 | 1,304.50 |
| COHEN & KROL | 3120-000 | NA | 11.36 | 11.36 | 11.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,375.47 | $ 6,375.47 | $ 6,375.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Laborers Pension and Welfare Fund 11465 Cermak Rd. Westchester, IL 60154 | | 32,000.00 | NA | NA | 0.00 |
| | Laborers Work Dues fund 999 McClintock Dr. Suite #300 Burr Ridge, IL 60527 | | 197.00 | NA | NA | 0.00 |
| | Midwest Operating Engineers #150 6200 Joliet Rd. Countryside, IL 60525 | | 0.00 | NA | NA | 0.00 |
| 000007 | LABORERS' PENSION AND WELFARE FUND | 5400-000 | NA | 80,512.58 | 80,512.58 | 2,902.41 |
| 000001A | DEPT OF THE TREASURY | 5800-000 | NA | 3,622.12 | 3,622.12 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 0.00 | 32,530.06 | 32,530.06 | 0.00 |
| 000009 | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 5800-000 | NA | 643.89 | 643.89 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 32,197.00 | $ 117,308.65 | $ 117,308.65 | $ 2,902.41 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Apollo Trenchless, Inc. Southwest Regional Office 510 E. University Dr. Ste. #3528 Tempe, AZ 85281 | | 259.00 | NA | NA | 0.00 |
| | Blackline Consulting 1560 Wall St. Naperville, IL 60563 | | 80.00 | NA | NA | 0.00 |
| | Capital One Spark Visa Attn General Correspondence P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 1,129.00 | NA | NA | 0.00 |
| | Commercial Tire Service Inc. 1105 N. 30th Av. Melrose Park, IL 60160 | | 49.51 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Insurance Funding 450 Skokie Blvd Ste. #1000 P.O. Box 3306 Northbrook, IL 60065-3010 | | 4,999.00 | NA | NA | 0.00 |
| | Much, Shelist, Freed & Denenberg 191 N. Wacker Dr. Ste. #1800 Chicago, IL 60606-1615 | | 4,925.30 | NA | NA | 0.00 |
| | Nancy A. Weibler 220 Honey Lake Ct.. North Barrington, IL 60010 | | 48,190.00 | NA | NA | 0.00 |
| | Schirott and Luetkehans P.C. 105 E. Irving Park Rd. Itasca, IL 60143 | | 7,262.00 | NA | NA | 0.00 |
| | Sharewell L.P. Sharewell I.D. #1017 P.O. Box 659506 San Antonio, TX 78265-9506 | | 5,321.02 | NA | NA | 0.00 |
| 000001A | DEPT OF THE TREASURY | 7100-000 | NA | 992.66 | 992.66 | 0.00 |
| 000002 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 9,303.00 | 9,303.00 | 0.00 |
| 000006 | LASER CONSTRUCTION, INC | 7100-000 | 89,831.00 | 68,463.00 | 68,463.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | MIRABELLA, KINCAID, FREDERICK & MIR | 7100-000 | NA | 15,589.37 | 15,589.37 | 0.00 |
| 000005 | SCOPELITIS, GARVIN, LIGHT, HANSON | 7100-000 | 10,528.97 | 5,067.07 | 5,067.07 | 0.00 |
| 000004 | SITE UTILITY CONSTRUCTION, INC. | 7100-000 | 45,130.63 | 67,007.53 | 67,007.53 | 0.00 |
| 000003 | VERMEER-ILLINOIS, INC. | 7100-000 | NA | 19,097.79 | 19,097.79 | 0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | 7300-000 | NA | 9,309.00 | 9,309.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 217,705.43 | $ 194,829.42 | $ 194,829.42 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-05090 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | TIRES N TRACKS, INC. | | | Date Filed (f) or Converted (c): | 02/11/13 (f) |
| | | | | 341(a) Meeting Date: | 03/12/13 |
| For Period Ending: | 04/27/16 | (7th reporting period for this case) | | Claims Bar Date: | 06/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AMERICAN CHARTERED BANK CHECKING | 0.00 | 1,466.07 | | 1,466.07 | FA |
| 2. JP MORGAN CHASE BANK CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 3. FIFTH THIRD BANK CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 4. SECURITY DEPOSITS - CLERK OF DIST COURT | 5,300.00 | 7,811.81 | | 7,811.81 | FA |
| 5. APOLLO TRENCHLESS - A/R | 1,440.19 | 0.00 | | 0.00 | FA |
| 6. COUNTER CLAIM AGAINST SITE UTILITY CONSTRUCTION | 40,000.00 | 0.00 | | 0.00 | FA |
| 7. 1996 GMC JIMMY | 1,700.00 | 0.00 | | 0.00 | FA |
| 8. 1991 HARVESTOR BOX TRUCK | 4,000.00 | 0.00 | | 0.00 | FA |
| 9. 2000 CHEVY 2600 DIESEL DUMP TRUCK | 3,700.00 | 0.00 | | 0.00 | FA |
| 10. 2001 FORD F450 DIESEL TRUCK | 7,000.00 | 0.00 | | 0.00 | FA |
| 11. 2000 TOW MASTER | 1,200.00 | 0.00 | | 0.00 | FA |
| 12. MACHINERY AND SUPPLIES | 28,300.00 | 0.00 | | 0.00 | FA |
| 13. INVENTORY | 6,650.00 | 0.00 | | 0.00 | FA |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $99,290.19 | $9,277.88 | | $9,277.88 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Submitted TFR to US Tee for review January 27, 2016, 03:19 pm

Trustee to prepare TFR
October 07, 2015, 04:20 pm

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 19.06

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-05090   DRC   Judge: Donald R. Cassling | Trustee Name:   GINA B. KROL |
| Case Name: | TIRES N TRACKS, INC. | Date Filed (f) or Converted (c):   02/11/13 (f) |
| | | 341(a) Meeting Date:   03/12/13 |
| | | Claims Bar Date:   06/13/13 |

Trustee to review claims and prepare TFR

October 22, 2014, 01:53 pm

Trustee has retained auctioneer to sell personal property. Trustee is also investigating preferences

October 17, 2013, 02:41 pm

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 02/28/16

/s/     GINA B. KROL
_____     Date: 04/27/16
       GINA B. KROL

Case 13-05090   Doc 41   Filed 05/03/16   Entered 05/03/16 14:39:39   Desc Main
Document      Page 11 of 14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-05090 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | TIRES N TRACKS, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0691 Checking Account |
| Taxpayer ID No: | *******6092 | | | |
| For Period Ending: | 04/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/29/13 | 1 | Debtor | Balance in bank account | 1129-000 | 1,466.07 | | 1,466.07 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,456.07 |
| 06/27/13 | 4 | Clerk of District Court | | 1129-000 | 7,811.81 | | 9,267.88 |
| | | 219 S. Dearborn St. | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,257.88 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.76 | 9,244.12 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.74 | 9,230.38 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.28 | 9,217.10 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.70 | 9,203.40 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.24 | 9,190.16 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.66 | 9,176.50 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.64 | 9,162.86 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.30 | 9,150.56 |
| 04/01/14 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 8.07 | 9,142.49 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.60 | 9,128.89 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.14 | 9,115.75 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.55 | 9,102.20 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.10 | 9,089.10 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.51 | 9,075.59 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.49 | 9,062.10 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.04 | 9,049.06 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.45 | 9,035.61 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.00 | 9,022.61 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.41 | 9,009.20 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.39 | 8,995.81 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency | | 2300-000 | | 5.14 | 8,990.67 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-05090 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | TIRES N TRACKS, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0691 Checking Account |
| Taxpayer ID No: | *******6092 | | | |
| For Period Ending: | 04/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.08 | 8,978.59 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.35 | 8,965.24 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.90 | 8,952.34 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.31 | 8,939.03 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.86 | 8,926.17 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.27 | 8,912.90 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.25 | 8,899.65 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.81 | 8,886.84 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.21 | 8,873.63 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.77 | 8,860.86 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.17 | 8,847.69 |
| 03/21/16 | 030003 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution<br>Final Distribution | 3110-000 | | 2,609.00 | 6,238.69 |
| 03/21/16 | 030004 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution<br>Final Distribution | 3120-000 | | 11.36 | 6,227.33 |
| 03/21/16 | 030005 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 1,304.50 | 4,922.83 |
| 03/21/16 | 030006 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100 | Final Distribution | 2100-000 | | 1,677.79 | 3,245.04 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-05090 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | TIRES N TRACKS, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0691 Checking Account |
| Taxpayer ID No: | *******6092 | | |
| For Period Ending: | 04/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/21/16 | 030007 | Illinois Department of Revenue <B>(ADMINISTRATIVE)</B> Bankruptcy Section PO Box 64338 Chicago IL 60664-0338 | Final Distribution (10-1) IL Withholding Tax June 2013 (10-1) Modified on 10/2/2015 to correct claim type to Administrative (ah) | 2810-000 | | 342.63 | 2,902.41 |
| 03/21/16 | 030008 | Laborers' Pension and Welfare Funds Patrick T Wallace, Office of Fund Counsel 111 W Jackson Blvd, Ste 1415 Chicago, IL 60604 | Final Distribution (7-1) Modified on 6/14/13 to correct creditor name and address (ac)(7-2) Modified on 11/25/13 to correct creditor address (ac) | 5400-000 | | 2,902.41 | 0.00 |

| Account *******0691 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 9,277.88 | 8 | Checks | 8,860.90 |
| | 0 | Interest Postings | 0.00 | 32 | Adjustments Out | 416.98 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 9,277.88 | | | |
| | | | | | Total | $ 9,277.88 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 9,277.88 | | | |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 19.06

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-05090 -DRC |
| Case Name: | TIRES N TRACKS, INC. |
| Taxpayer ID No: | *******6092 |
| For Period Ending: | 04/27/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0691 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL   Date: 04/27/16
GINA B. KROL

LFORM2T4    UST Form 101-7-TDR (10/1/2010) (Page: 14)    Ver. 19.06